# CASE ANNOUNCEMENTS

*December 2, 2009*

[Cite as *12/02/2009 Case Announcements,* 2009-Ohio-6210.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–1361. State ex rel. Brown v. Strickland.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed. Motion for admission pro hac vice of Jay Edelson by Timothy S. Rankin granted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1517. State ex rel. Brown v. Southeastern Corr. Inst.**

In Mandamus. On relator's complaint in mandamus and motion for default judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed. Motion for default judgment denied as moot.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1667. State ex rel. Hall v. Court of Appeals, Eighth Appellate Dist.**

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1673. State ex rel. Carrier Concrete Cutting, L.L.C. v. Bessey.**

In Prohibition. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1690. [State ex rel.] Newsome v. Allen.**

In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1708. State ex rel. Lyles v. Warren.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1728. State ex rel. Brown v. Russo.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1744. State ex rel. Glenn v. Collins.**

In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1793. State ex rel. Smith v. Court of Appeals, Ninth Appellate Dist.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed. Motion for leave to amend complaint denied as moot.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.